## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DELLAVECCHIO,**<br><br>                                  Plaintiff,<br><br>v.<br><br>**CLEVELAND-CLIFFS, INC.**<br><br>                                  Defendant. | **CIVIL ACTION**<br><br>**NO. 22-4932** |

### ORDER

**AND NOW** this 30th of May, 2023, for reasons stated in the foregoing Memorandum, it is hereby

**ORDERED**:

1. Defendant's Motion to Dismiss (ECF 16) is **DENIED**.

                              **BY THE COURT:**

                              **/s/ MICHAEL M. BAYLSON**

                              **MICHAEL M. BAYLSON, U.S.D.J.**