IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN DELLAVECCHIO v. CLEVELAND-CLIFFS, INC. | CIVIL ACTION NO. 22-4932 |
|---|---|

### ORDER

**AND NOW, TO WIT:** This 8th day of November, 2023, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:** /s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk

O:\CIVIL 22\22-4932 Dellawvecchio v. Cleveland-Cliff, Inc\22cv4932 41b order.docx